Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 9/23/2014



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

In re: Crystal Renee Hess  
Debtor(s)

Case No. 1:12-05188-KL-7  
Chapter 7  
Judge Lundin

## ORDER RE: MOTION SEEKING UNCLAIMED FUNDS

In this case the instant matter before the court arises out of a motion filed by movant-claimant, American Collection Enterprise, Inc. c/o Dilks & Knopik, LLC, ("Movants"), who asserts entitlement to certain monies previously paid to the court registry fund in accordance with the statutory procedures established in 11 U.S.C. § 347. See also 28 U.S.C. §§ 2041 and 2042 and the September 9, 1996 Memorandum of the Administrative Office of the United States Courts regarding "Unclaimed Monies in Bankruptcy Cases."

After notice and opportunity for a hearing and based on the case record as a whole, the court grants this motion, as it is satisfied that the movant is entitled to receive unclaimed funds in the amount of **$4,304.25.**

**IT IS SO ORDERED THAT:**

1. The movants' motion is hereby granted.
2. The Bankruptcy Court Clerk is hereby authorized to make payments to movant, American Collection Enterprise, Inc. c/o Dilks & Knopik, LLC and mail to Holly Schumpert, Attorney at Law, 2552 Poplar Avenue, Suite 4F, Memphis, TN 38112 in accordance with the foregoing.

###

APPROVED:

/s/ Holly W. Schumpert_____
Holly W. Schumpert #15658
Attorney for Debtor
2552 Poplar Avenue, Suite 4F
Memphis, TN 38112
(901) 323-9000
holleyschumpert@att.net

cc:
Asst. U.S. Attorney, 110 9th Avenue South, Suite #A-961, Nashville, TN 37203

U.S. Trustee, 701 Broadway, Customs House, Suite #318, Nashville, TN 37203

American Collections Enterprise, Inc. 205 S. Whiting St., Suite 500, Alexandria, VA 22304

J. Robert Harlan, Attorney for Crystal Renee Hess, P.O Box 949, Columbia, TN 38402-0949

Crystal Renee Hess, 1961 River Rd., Chapel Hill, TN 37034 (last known Address)

Case Trustee, Jeanne Ann Burton, 95 White Bridge Rd., Suite 512, Nashville, TN 37205

Clerk of Court, Attn: Financial Section , Room 200, 2nd Floor, Customs House, 701 Broadway, Nashville, TN 37203

Attorney for movant, Holly Schumpert, 2552 Poplar Avenue, Suite 4F, Memphis, TN 38112

This Order was signed and entered electronically as indicated at the top of the first page.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.